# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## *August 11, 2006*

[Cite as *08/11/2006 Case Announcements*, 2006-Ohio-4095.]

## MOTION AND PROCEDURAL RULINGS

**2006–0107.  Hughes v. Ohio Dept. of Commerce.**
Franklin App. No. 04AP–1386, 2005-Ohio-6368. This cause is pending before this court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the motion to designate appellee American Mutual Share Insurance Corporation as a non-party,
IT IS ORDERED by the court that the motion is granted.

**2006–0151.  State v. Carswell.**
Warren App. No. CA2005–04–047, 2005-Ohio-6547. This cause is pending before the court as an appeal from the Court of Appeals for Warren County. On August 7, 2006, appellant filed a motion to determine that his reply brief was timely filed. Whereas the motion is a violation of S.Ct.Prac.R. XIV(1)(C),
IT IS ORDERED by the court, sua sponte, that the motion is stricken.

**2006–0514.  In re Adkins.**
Tuscarawas App. No. 2005AP060044, 2006-Ohio-431. This cause is pending before the court as an appeal from the Court of Appeals for Tuscarawas County. Upon consideration of the motion of amicus curiae Justice for Children Project to participate in oral argument scheduled for September 20, 2006,
IT IS ORDERED by the court that the motion is granted, and the amicus curiae shall share the time allotted to appellant.

**2006–1126.  State v. Dean.**
Clark C.P. No. 05CR0348. This cause is pending before the court as a death penalty appeal from the Clark County Court of Common Pleas. Upon consideration of appellant's motion for an extension of time to transmit the record,
IT IS ORDERED by the court that the motion is granted, and the time for transmitting the record is extended to September 11, 2006.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## *August 14, 2006*

[Cite as *08/14/2006 Case Announcements*, 2006-Ohio-4140.]

## MERIT DECISIONS WITHOUT OPINIONS

**2006–1289.  State ex rel. Marcum v. Corzine.**
In Mandamus and Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.